UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RHONDA LYNN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>    Defendant. ) | No. 4:14-CV-0041-HEA |

**ORDER**

The above styled and numbered case was filed on January 10, 2014, and randomly assigned to the Honorable Henry E. Autrey, United States District Judge.

However, a review of this case indicates that it was erroneously filed in the Eastern Division of this District. Pursuant to Local Rule 2.07(B)(1), all actions brought against a single defendant who is a resident of this district must be brought in the division where the defendant resides, or where the claim for relief arose. In the claim at hand, the plaintiff resides and the claim arose in Montgomery County which is located within this district's Northern Division. *See* Local Rule 2.07(A)(1).

Therefore,

**IT IS HEREBY ORDERED** that this case is transferred to the Northern Division and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge under cause number 2:14-CV-0006 and that cause number 4:14-CV-0041-HEA be administratively closed.

                                              /s/ Katie Spurgeon, Deputy in Charge
                                              **JAMES G. WOODWARD, CLERK**

Dated this 13th day of January, 2014.

**In all future filings please use the following cause number**:
**2:14-CV-0006-NAB**